UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE DUFFY 2004 LLC and THE TULL 2006 LLC,

Plaintiff,

-vs.-

AXA EQUITABLE LIFE INSURANCE COMPANY,

Defendant.

Case No.: 1:17-cv-04803 (JMF)

---

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to the voluntary dismissal with prejudice of the above-captioned action and all claims and defenses asserted therein, without costs as to any Party.

Dated: October 27, 2023
New York, New York

LAW OFFICE OF ROBERT R. VIDUCICH

By: _____
Robert R. Viducich
rviducich@rrvlaw.com
40 Wall Street, 28th Floor
New York, NY 10005
212-400-7135

*Attorney for the Duffy/Tull Plaintiffs*

Any pending motions are moot. All conferences and the upcoming trial (as it pertained to 17-CV-4803) are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

_____
October 29, 2023

MILBANK LLP

By: _____
David R. Gelfand
Scott A. Edelman
Sean M. Murphy
Robert C. Hora

dgelfand@milbank.com
sedelman@milbank.com
smurphy@milbank.com
rhora@milbank.com

55 Hudson Yards
New York, NY 10001
212-530-5000

*Attorneys for Defendant AXA Equitable Life Insurance Company*